UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | | |
|---|---|---|
| THE ARBITRON COMPANY | * | |
| Plaintiff | * | |
| v. | * | Case No.: 02-MC-312 |
| ON TOP COMMUNICATIONS, INC. | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>LINE</u>**

Dear Clerk:

    Kindly enter my appearance as counsel on behalf of Plaintiff/Judgment Creditor, The Arbitron Company.

                                                                       /S/
                                      Severn E.S. Miller, Fed. Bar No. 11617
                                      THOMAS & LIBOWITZ, P.A.
                                      100 Light Street, Suite 1100
                                      Baltimore, MD  21202
                                      Voice: 410-752-2468
                                      Fax: 410-752-2046