UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | | |
|---|---|---|
| THE ARBITRON COMPANY | * | |
| Plaintiff | * | |
| v. | * | Case No.: 02-MC-312 |
| ON TOP COMMUNICATIONS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE INCREASING AMOUNT
OF FOREIGN JUDGMENT TO BE REGISTERED IN THIS COURT**

Dear Clerk:

Under this caption, the Court previously registered a May 30, 2001 judgment from the United States District Court for the Southern District of New York. The purpose of this Line is to have the newer, increased, November 18, 2004 judgment from the federal court in New York registered in this Court.

I have attached copies of a Certification of Judgment, of the Certified copy of the Judgment, and of the Certified copies of the Docket Entries, all from the United States District Court for the Southern District of New York. These documents reflect the $473,124.24 judgment entered in the Southern District of New York on November 18, 2004, increasing the prior, May 30, 2001 judgment, which was entered in the federal court in New York and previously registered in this Court. The judgment is against On Top Communications, Inc. d/b/a WRXZ-FM.

Kindly register the newer, increased judgment - $473,124.24 as of November 18, 2004 – in the United States District Court for the District of Maryland, for enforcement in this District, in accordance with 28 U.S.C. § 1963.

                 /S/
              Severn E.S. Miller, Fed. Bar No. 11617
              THOMAS & LIBOWITZ, P.A.
              100 Light Street, Suite 1100
              Baltimore, MD  21202
              Voice: 410-752-2468
              Fax: 410-752-2046