**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

THE ARBITRON COMPANY, a division of
CERIDIAN CORPORATION,

                        Plaintiff,                  **00  CIVIL 7089 (NRB)**
                                               **CERTIFICATION OF JUDGMENT**
                                                 **FOR REGISTRATION IN**
      -against-                         **ANOTHER DISTRICT**
                                                  **JUDGMENT #04,2090**

ON TOP COMMUNICATIONS, INC. d/b/a
WRXZ-FM
                        Defendant.
-----------------  -----------------------------------------X

      I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on November 18, 2004 as it appears in the records of this court, and that * no notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

      IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on July 22, 2005.

                                                                 _S. Michael McMahon_
                                                                        **Clerk**

                                                                        **(By) Deputy Clerk**