Doc#9    Buchwald, J

Closed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE ARBITRON COMPANY, a division of
CERIDIAN CORPORATION,

               Plaintiff,

        v.

ON TOP COMMUNICATIONS, INC., d/b/a
WRXZ-FM,

               Defendant.
-----------------------------------------------------------x

00 Civ. 7089 (NRB)

[PROPOSED]
JUDGMENT

U.S. DISTRICT COURT FILED NOV 18 2004 S.D. OF N.Y.

#04,2090

**WHEREAS** defendant On Top Communications has confessed to and authorized entry of judgment in favor of plaintiff, Arbitron, Inc. in the amount of $473,124.34.

**IT IS NOW HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered against defendant in the amount of $473,124.34.

Dated: November 9, 2004

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
    DEPUTY CLERK

MICROFILM -12:00 PM NOV 18 2004

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/18/04

00677069.1

OK SB 7/22/05