CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:00-cv-07089-NRB

| | |
|---|---|
| The Arbitron Company v. On Top | Date Filed: 09/20/2000 |
| Assigned to: Judge Naomi Reice Buchwald | Jury Demand: None |
| Demand: $0 | Nature of Suit: 190 Contract: Other |
| Related Case: 1:04-cv-09212-NRB | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Breach of Contract | |

**Plaintiff**

**The Arbitron Company**
*a division of Ceridian Corporation*

represented by **Alfred R. Fabricant**
Ostrolenk, Faber, Gerb & Soffen, L.L.P.
1180 Avenue of the Americas
New York, NY 10036
(212) 382-0700
*LEAD ATTORNEY*

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

V.

**Defendant**

**On Top Communications, Inc.**
*doing business as*
WRXZ-FM

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2000 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 384901. (bm) (Entered: 09/21/2000) |
| 09/20/2000 | 2 | RULE 1.9 CERTIFICATE filed by The Arbitron Company . (bm) (Entered: 09/21/2000) |
| 09/20/2000 | | Magistrate Judge Michael H. Dolinger is so Designated. (bm) (Entered: 09/21/2000) |
| 01/23/2001 | 3 | Affidavit of service as to On Top by mail on 10/2/00. (sac) (Entered: 01/24/2001) |
| 03/01/2001 | 4 | NOTICE OF INITIAL PRETRIAL CONFERENCE: initial pretrial conference scheduled for 3/8/01 at 12:00 p.m. in Courtroom 21A, at the U.S. Courthouse, 500 Pearl St. ( signed by Judge Naomi R. Buchwald ) (sac) (Entered: 03/02/2001) |
| 03/08/2001 | | Pretrial Conference held before Judge Naomi R. Buchwald . (jp) |

| | | |
|---|---|---|
| | | (Entered: 03/12/2001) |
| 03/30/2001 | 5 | Order of discontinuance of action w/out costs and w/out prejudice to restoring the action to the Court's calendar if the application to restore the action is made w/in 30 days. ( signed by Judge Naomi R. Buchwald ) (ae) (Entered: 04/03/2001) |
| 03/30/2001 | | Case closed. (ae) (Entered: 04/03/2001) |
| 05/09/2001 | 6 | ORDER, the Clerk of the Court shall restore the case to this Court's active calender ; Pltff shall file a motion for a default judgment no later than 5/17/01 and returnable on 5/29/01 ( signed by Judge Naomi R. Buchwald ); Copies mailed. (kg) (Entered: 05/10/2001) |
| 05/09/2001 | | Case reopened. (kg) (Entered: 05/10/2001) |
| 05/21/2001 | 7 | NOTICE OF MOTION (filed on service) by The Arbitron Company; for an order pursuant to Rule 55(b)(2) fo the F.R.C.P. for default judgment against The Arbitron Company ; w/ attch. affidavit in support Douglas Q. Hahn; Return date 5/29/01. (pl) (Entered: 05/23/2001) |
| 05/30/2001 | 8 | DEFAULT JUDGMENT #01,1040; it is ordered, adjudged and decreed that the pltff have judgment against deft, On Top Communications Inc., d/b/a WRXZ-FM, in the liquidated amount of $66,197.16, with interest at 1.5% per month compounded quaterly from 10/1/99, amounting to $87,841.34 plus costs and disbursements of this action in the amount of $190.00, amounting in all to $88,031.34. ( signed by Judge Naomi R. Buchwald ) Entered On Docket: 5/31/01. (sac) (Entered: 05/31/2001) |
| 05/30/2001 | | Case closed. (sac) (Entered: 05/31/2001) |
| 11/18/2004 | 9 | JUDGMENT #04,2090 in favor of plaintiff and against defendant, in the amount of $ 473,124.34. (Signed by Judge Naomi Reice Buchwald on 11/9/04) (jf, ) (Entered: 11/18/2004) |
| 12/09/2004 | | Mailed notice of Right to Appeal to Attorney(s) of Record: Alfred Ross Fabricant. (snu, ) (Entered: 12/09/2004) |