UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

Case No. 02-MC-312

THE ARBITRON COMPANY

vs

ON TOP COMMUNICATIONS INC

AND

Wachovia Bank NA

PA4418

PO BOX 8667

FILED ENTERED
LODGED RECEIVED

JUL 2 2 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

## GARNISHEE'S CONFESSION, OF ASSETS OF PROPERTY OTHER THAN WAGES

3-645

THE GARNISHEE reports that he holds no assets (other than wages) belonging to the defendant, as of 7/20/2005, the date upon which attachment herein was served.

7/20/2005

Wachovia Bank NA
PA4418
PO BOX 8667
Philadelphia, PA 19101-8667

I HEREBY CERIFY that I mailed or delivered a copy of this document to the Plaintiff, or Attorney for Plaintiff and to the Defendant, or Attorney for the Defendant.

_____
Signature of Garnishee or Attorney, Attorney I.D.

GARNISHEE'S CONFESSION, OF ASSETS OF PROPERTY OTHER THAN WAGES