Case 1:02-mc-00312    Document 18    Filed 08/04/2005    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | |
|---|---|
| THE ARBITRON COMPANY | * |
| Plaintiff/Judgment Creditor | * |
| | CASE NO. 02-MC-312 |
| vs. | * |
| ON TOP COMMUNICATIONS, INC. | * |
| Defendant/Judgment Debtor | * |
| and | * |
| BANK OF AMERICA, N.A. | * |
| Garnishee | * |



FILED ____ ENTERED
____ LODGED ____ RECEIVED
AUG 0 4 2005
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

* * * * * * * * * * * * * * * * * * * * * *

### GARNISHEE'S ANSWER

NOW comes Bank of America, N.A., by its attorney, and for an Answer to the Writ of Garnishment served upon it in the above-referenced case, further states as follows:

It confesses that it holds assets consisting of a checking account no. 001921066342 in the name of On Top Communications, LLC with a balance of $5,304.86 and a checking account no. 003937399056 in the name of On Top Communications, LLC with a balance of 8,230.18, pending further orders of the Court.

The Garnishee recently was notified that after service upon it of the Writ of Garnishment, the judgment debtor has filed a petition for relief in the U.S. Bankruptcy Court for the District of Maryland. Pursuant to the provisions of 11 U.S.C. §362, no further action may be taken to collect the funds confessed.

WHEREFORE, Bank of America, N.A. Garnishee, states that it is holding the above assets of the judgment debtor pending further Order of the Court consistent with the rights of the parties under the U.S. Bankruptcy Code.

*[signature]*
Tessa Laspia Frederick, Fed. Bar No. 25374
Miles & Stockbridge P.C.
10 Light Street, 12 Floor
Baltimore, Maryland 21202
(410) 385-3477
Attorneys for Garnishee

BKR1.AFT

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3 day of Aug., 2005 copy of the foregoing Garnishee's Answer was mailed to: Severn E.S. Miller, Esquire, Thomas & Libowitz, P.A., 100 Light Street, Suite 1100, Baltimore, MD 21202, Attorney for the Plaintiff/Judgment Creditor and to Thomas L. Lackey, Esquire, 4201 Northview Drive, Suite 407, Bowie, MD 20716, Attorney for Defendant/Judgment Debtor.

*[signature]*
Attorney for Garnishee

BALT