IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | | |
|---|---|---|
| THE ARBITRON COMPANY | * | |
| Plaintiff/Judgment Creditor | * | Case No.: 02-MC-312 |
| v. | * | |
| ON TOP COMMUNICATIONS, INC.<br>4601 Presidents Drive, Suite 134<br>Lanham, Maryland  20706 | *<br><br>* | |
| Defendant/Judgment Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER RELEASING WRIT OF EXECUTION**
**(GARNISHMENT OF PROPERTY OTHER THAN WAGES)**

The motion of Judgment Creditor The Arbitron Company ("Arbitron") to release the writ of execution (garnishment of property other than wages) having come before the Court, and good cause having been shown, it is this ____ day of August, 2005, ORDERED

that the writ of garnishment issued in this action to Bank of America, N.A. ("Bank of America"), be, and hereby is, RELEASED as to the assets confessed by Bank of America; specifically, Bank of America checking account no. 001921066342 and Bank of America checking account no. 003937399056.

```
_____
Judge, United States District Court
for the District of Maryland
```